UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCELO MUTO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>J.CREW GROUP, LLC,<br><br>    Defendant. | Case No. 1:23-cv-07429<br><br>Hon. Denise Cote<br><br>**DEFENDANT J.CREW GROUP, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS** |

**TAKE NOTICE** that upon the Declaration of Jay Goettelmann, executed on October 17, 2023, the exhibits attached thereto; the request for judicial notice dated October 18, 2023; the accompanying memorandum of law dated October 18, 2023; and of all the papers and proceedings therein, Defendant J.Crew Group, LLC ("Defendant") moves this court, on a date and time to be designated by the Court, at Daniel Patrick Moynihan United States Courthouse, for an order pursuant to Section 2 of the Federal Arbitration Act and Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for an Order:

    1) Compelling Plaintiff to arbitrate this dispute; and

    2) Staying this action pending arbitration; or, in the alternative,

    3) Dismissing this action for lack of personal jurisdiction;

    4) Dismissing this action for failure to state a claim; and

    5) For such other and further relief as the Court deems just and proper.

DATED: October 18, 2023              Respectfully submitted,

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By: *s/ Michael A. Vatis*
Michael A. Vatis (NY Bar No. 2258655)
Benesch Friedlander Coplan and Aronoff LLP
1155 Avenue of the Americas, Floor 26
New York, NY 10036
646.593.7050
mvatis@beneschlaw.com

Stephanie Sheridan (pro hac vice forthcoming)
Meegan B. Brooks (pro hac vice forthcoming)
Matthew P. Farrell (pro hac vice forthcoming)
Benesch Friedlander Coplan and Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
628.600.2250
ssheridan@beneschlaw.com
mbrooks@beneschlaw.com
mpfarrell@beneschlaw.com

*Attorneys for Defendant J.CREW GROUP, LLC*