**Benesch**

Michael A. Vatis
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.328.0494
mvatis@beneschlaw.com

November 1, 2023

*[Handwritten: Granted. The conference is adjourned sine die. /s/ Denise Cote 11/1/23]*

VIA ECF:
Hon. Denise Cote, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Marcelo Muto v. J. Crew Group, LLC*, Case No. 1:23-cv-07429-DLC

Dear Judge Cote:

We represent Defendant J. Crew Group, LLC (hereafter, "Defendant") and Plaintiff Marcelo Muto ("Plaintiff") in the above-captioned action. We write to jointly request an adjournment of the Initial Status Conference ("ISC") currently scheduled for November 3, 2023.

Pursuant to the Notice of Initial Pretrial Conference (doc #5), the Parties state as follows:

(a)   Good cause exists for this request, given that Defendant has filed a Motion to Dismiss ("Motion") challenging the Court's subject matter jurisdiction and Plaintiff's ability to state a claim. Your Honor recently granted the Parties' letter motion setting Plaintiff's date to amend his complaint or oppose Defendant's Motion for November 8, 2023; Defendant's reply is due November 22, 2023. (Doc #20). To conserve Party and judicial resources, the Parties respectfully request an adjournment of the ISC until after the Court has decided Defendant's Motion.

(b)   This is the Parties' first request for an adjournment of the initial conference and is not made for the purpose of delay but for good cause and in the interest of justice.

(c)   All parties have joined in this adjournment request.

(d)   All parties are available for an initial status conference on the following Fridays:

December 1, 2023; December 15, 2023; January 26, 2024; or February 2, 2024.

To the extent the Court has not decided the Motion by such dates, however, the Parties request that the Court reschedule the ISC for a later Friday.

If the Letter Motion meets Your Honor's approval, we respectfully request that it be granted. Thank you for your attention to this matter.

Respectfully yours,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

*s/ Michael A. Vatis*
Michael A. Vatis

*Counsel for Defendant*


BURSOR & FISHER P.A.

*s/ Joseph I. Marchese*
Joseph I. Marchese

*Counsel for Plaintiff*

23423162 v4