```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MARCELO MUTO,                            :    23cv7429 (DLC)
                                         :
                              Plaintiff, :         ORDER
              -v-                        :
                                         :
J. CREW GROUP, LLC,                      :
                                         :
                              Defendant. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On October 18, 2023, the defendant filed a motion to compel arbitration and to dismiss the complaint pursuant to Rules 12(b)(1) and (6), Fed. R. Civ. P. An Order of October 30 directed the plaintiff to file any amended complaint by November 8 and alerted the plaintiff that he would likely not have another opportunity to amend. The plaintiff filed an amended complaint on November 8. Accordingly, it is hereby

ORDERED that the defendant's October 18 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by December 1, 2023
- Opposition served by December 22, 2023
- Reply served by January 5, 2024

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.

Dated:    New York, New York
          November 8, 2023

                               _____
                                    DENISE COTE
                              United States District Judge